CREMIN v. A. L. MORDECAI & SON et al.    (No. 236–59.)

(Supreme Court, Appellate Division, Third Department.    November 10, 1915.)

Appeal from State Workmen's Compensation Commission.

Proceeding under the Workmen's Compensation Act by Nora Cremin for compensation for herself for the death of Andrew Cremin, opposed by A. L. Mordecai & Son, employers, and the General Accident, Fire & Life Assurance Corporation, Limited, insurer. Compensation awarded, and the employers and insurer appeal.    Award affirmed.

Argued before SMITH, P. J., and KELLOGG, LYON, HOWARD, and WOODWARD, JJ.

PER CURIAM. Award unanimously affirmed, upon the *opinion* of KELLOGG, J., in matter of Wilson v. Dorflinger, 155 N. Y. Supp. 857, decided herewith.

---

McINTYRE v. HILLIARD HOTEL CO. et al.

(Supreme Court, Appellate Division, Third Department.    November 10, 1915.)

Appeal from State Workmen's Compensation Commission.

Proceeding under the *Workmen's Compensation* Act by Mary McIntyre for compensation to herself for the death of Michael McIntyre, opposed by the Hilliard Hotel Company, employer, and the Fidelity & Casualty Company of New York, insurer. Compensation awarded, and the employer and insurer appeal.    Award affirmed.

Argued before SMITH, P. J., and KELLOGG, LYON, HOWARD, and WOODWARD, JJ.

PER CURIAM. Award unanimously affirmed, upon the opinion of KELLOGG, J., in matter of Wilson v. Dorflinger, 155 N. Y. Supp. 857, decided herewith.

---

SHERIDAN v. P. J. GROLL CONST. CO. et al.    (No. 236–51.)

(Supreme Court, Appellate Division, Third Department.    November 10, 1915.)

Appeal from State Workmen's Compensation Commission.

Proceeding under the Workmen's Compensation Act by William Sheridan for compensation, opposed by the P. J. Groll Construction Company, employer, and the Employers' Liability Assurance Corporation, Limited, insurer. Compensation awarded, and the employer and insurer appeal.    Award affirmed.

Argued before SMITH, P. J., and KELLOGG, LYON, HOWARD, and WOODWARD, JJ.

PER CURIAM. Award unanimously affirmed, upon the opinion of KELLOGG, J., in matter of Wilson v. Dorflinger, 155 N. Y. Supp. 857, decided herewith.